# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-01828-REB

LEWIS RICHARDSON,

    Applicant,

v.

PAM PLOUGHE, Warden, Four Mile Correctional Center, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Richardson***, Park County District Court Case No. 2003CR47, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Park County District Court
            300 Fourth Street

        P.O. Box 190
        Fairplay, Colorado 80440; and

(2)    Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Ste. 500
        Denver, Colorado  80202.

DATED October 2, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge