IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01828-REB

LEWIS RICHARDSON,

    Plaintiff,

v.

PAM PLOUGHE, Warden,
JOHN W. SUTHERS, Attorney General State of Colorado,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is hereby entered.

    A.    Pursuant to the ORDER TO DISMISS IN PART AND FOR ANSWER [#15] entered by Judge Robert E. Blackburn on October 2, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

That claims 1(c), 1(d), 1(e), 2(a) and 2(c) of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) are dismissed as procedurally barred; in the alternative, claims 1(c) and 1(d) are dismissed because the claims present issues of state law only.

    B.    Pursuant to the ORDER DENYING APPLICATION FOR A WRIT OF HABEAS CORPUS [#25] entered by Judge Robert E. Blackburn on February 4, 2013, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [ # 1] filed on July 12, 2012, by Applicant Lewis Richardson, is DENIED;

2. That this case is DISMISSED WITH PREJUDICE;

3. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and

4. Leave to proceed in forma pauperis on appeal is denied; insread, Applicant may file a motion in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 7$^h$ day of February, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk