**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01828-REB

LEWIS RICHARDSON,

    Applicant,

v.

PAM PLOUGHE, Warden, Four Mile Correctional Center, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

**Blackburn, J.**

This matter is before me on the **Motion Pursuant To Fed. Rules Civ. P. 59 To Alter or Amend Judgment In This Case** [#27][1] filed March 11, 2013. I deny the motion.

On February 4, 2013, I entered an order [#25] denying the application of the applicant, Lewis Richardson, for a writ of habeas corpus under 28 U.S.C. § 2254. That order includes a detailed analysis of each of the claims of Mr. Richardson. In his present motion, Mr. Richardson claims the court misapprehended his claim concerning overbreadth, decided incorrectly his claim of ineffective assistance of counsel, and failed to address properly his claim of entitlement to a certain form or type of notice in the underlying criminal case.

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Under FED. R. CIV. P. 59(e), a court may alter or amend a judgment. The primary bases for a motion under Rule 59(e) are

> (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). Mr. Richardson does circumstantiate an intervening change in the controlling law, the existence of new evidence previously unavailable, or the need to correct clear error or prevent manifest injustice. Rather, he simply re-argues his position on issues previously resolved by the court. Reiterated argument is not a proper basis for relief under Rule 59(e).

**THEREFORE, IT IS ORDERED** that the **Motion Pursuant To Fed. Rules Civ. P. 59 To Alter or Amend Judgment In This Case** [#27] filed March 11, 2013, is **DENIED**.

Dated February 20, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge